IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GAIL SCHUKNECHT,** : | | **CIVIL ACTION** |
| *Plaintiff,* : | | |
| : | | |
| **v.** : | | |
| : | | |
| **STATE FARM MUTUAL AUTOMOBILE** : | | |
| **INSURANCE COMPANY** : | | |
| **d/b/a STATE FARM** : | | |
| *Defendant.* : | | **NO. 23-cv-03074** |

**O R D E R**

**AND NOW,** this 31st day of January 2024, it having been reported that the issues between the parties in the above action have been settled (counsel email attached as Exhibit A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)

# EXHIBIT A

| | |
|---|---|
| **From:** | Bryan M. Hanratty |
| **To:** | Chambers of Judge Chad F Kenney |
| **Cc:** | PAED Arbitration; Marie Kaminski; Douglas, Katherine; Duggan, Moira |
| **Subject:** | Gail Schuknecht v. State Farm (Docket No. 23-3074) |
| **Date:** | Wednesday, January 31, 2024 12:34:31 PM |
| **Attachments:** | |

**CAUTION - EXTERNAL:**

Dear Judge Kenney,

As you may know, I represent Plaintiff in the above matter, which is scheduled for a remote arbitration tomorrow, February 1, 2024, at 10:00 a.m. The parties are pleased to inform Your Honor that the case has been settled. As such, we respectfully request for the remote arbitration to be canceled. We will file the appropriate settlement document with the Court shortly.

Thank you for your kind attention to this matter.

Respectfully yours,

Bryan Hanratty



**Bryan M. Hanratty**

**Trial Attorney – Keches Law Group**

**T:** 215-857-9137 | **F:** 833-226-0236

**E:** bhanratty@kecheslaw.com | kecheslawpa.com 620 Sentry Parkway Suite 210 | Blue Bell, PA 19422

 

Workers' Compensation | Personal Injury | Social Security | Medical Malpractice | Employment Law

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.